IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 3:06cr224-MHT |
| v. | ) | [26 USC 7201] |
| | ) | |
| CHARLES WAYNE WILLARD, SR. | ) | **INFORMATION** |

## COUNT 1

On or about December 31, 2003, in the Middle District of Alabama, the defendant

CHARLES WAYNE WILLARD, SR.

a resident of Alexander City, Alabama, who, during the calendar year 2002 was married, did willfully attempt to evade and defeat a large part of the income tax due and owing from him and his wife to the United States of America for the calendar year 2002 by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service, wherein it was stated that the Willards' joint taxable income for the calendar year 2002, was the sum of $38,436.00, and that the amount of tax due and owing thereon was the sum of $5,164.00, whereas, as the defendant CHARLES WAYNE WILLARD, SR. then and there well knew and believed, his joint taxable income for the said calendar year was the sum of at least $1,284,153.64, upon which said joint taxable income there was owing to the United States of America an income tax of at least $466,442.51, in violation of Title 26, United States Code, Section 7201.

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
Andrew O. Schiff
Assistant United States Attorney