IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
) 3:06cr224-MHT
v. )
)
CHARLES WAYNE WILLARD, SR. )

## ORDER

The defendant, CHARLES WAYNE WILLARD, SR., has indicated to the court that he wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant, CHARLES WAYNE WILLARD, SR., appear with counsel before the undersigned Magistrate Judge on 15 September 2006 at 8:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 12th day of September 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE