IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES WAYNE WILLARD, SR. | ) CASE NO.: 3:06 – CR-224 |
| | ) |

## NOTICE OF APPEARANCE

COME NOW George L. Beck, Jr., and Terrie S. Biggs and hereby enter their Notice of Appearance as counsel for Charles Wayne Willard in the above-styled matter.

Respectfully submitted this the 13th day of September, 2006.

CAPELL & HOWARD, P.C.

By: _Terrie S. Biggs_
GEORGE L. BECK, JR. (BEC011)
TERRIE S. BIGGS (BIG006)
150 South Perry Street
Post Office Box 2069
Montgomery, AL 36102-2069
Phone: 241-8000
Fax:   241-8262

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing instrument upon the following individual(s), properly addressed, by placing same in the United States Mail, first-class, postage prepaid, on this the 13th day of September, 2006.

Andrew O. Schiff
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL  36101-0197

By: *Terrie S. Biggs*
GEORGE L. BECK, JR. (BEC011)
TERRIE S. BIGGS (BIG006)