IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES WAYNE WILLARD, SR. | ) CASE NO.: 3:06 – CR-224 |
| | ) |

### MOTION TO CONTINUE

COMES NOW the Defendant Charles Wayne Willard, Sr., by and through Counsel, and moves to continue this case on the following grounds:

1. Counsel for Defendant will not be available Friday, September 15, 2006, as they are scheduled to attend and participate as a panel member at a Continuing Legal Education seminar.

2. Assistant U.S. Attorney Schiff does not oppose a continuance.

WHEREFORE, Defendant Charles Wayne Willard moves this Honorable Court to continue the current setting in this case.

Respectfully submitted this the 13th day of September, 2006.

**CAPELL & HOWARD, P.C.**

By: *Terrie S. Biggs*
GEORGE L. BECK, JR. (BEC011)
TERRIE S. BIGGS (BIG006)
150 South Perry Street
Post Office Box 2069
Montgomery, AL 36102-2069
Phone: 241-8000
Fax:   241-8262


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on the following counsel of record by placing a copy in the United States mail, postage prepaid and properly addressed to them on this 13th day of September, 2006.


Andrew O. Schiff, Esq., Assistant U.S. Attorney
201 One Court Square
Post Office Box 197
Montgomery, AL 36101-0197


By: *Terrie S. Biggs*
GEORGE L. BECK, JR. (BEC011)
TERRIE S. BIGGS (BIG006)

2