IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 3:06cr224-MHT |
| v. ) | |
| ) | |
| CHARLES WAYNE WILLARD, SR. ) | |

## ORDER ON MOTION

Upon consideration of the Motion to Continue filed by the defendant on 13 September 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The defendant, CHARLES WAYNE WILLARD, SR., shall appear with counsel before the undersigned Magistrate Judge on 18 September 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 14th day of September 2006.

                **/s/ Vanzetta Penn McPherson**
                VANZETTA PENN MCPHERSON
                UNITED STATES MAGISTRATE JUDGE