| COURTROOM DEPUTY MINUTES | DATE: 9/15/06 | DIGITAL RECORDING: 9:36 - 9:59 |
|---|---|---|

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Mitchell Reisner

❏ ARRAIGNMENT          ❏ CHANGE OF PLEA          √ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *3:06cr224-MHT*   **DEFENDANT NAME:** *Charles Wayne Willard, Sr.*
**AUSA:** *Andrew O. Schiff*   **DEFENDANT ATTY:** *Terrie Scott Biggs*
                    Type Counsel:   ( ) Waived;  (X) Retained;  ( ) Panel CJA;  ( ) CDO
**USPO:** Sandra Wood

Defendant _____ does   __x__ does NOT need and interpreter.

Interpreter present?  __x__ NO   _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

√ WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty                    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

   √ Count(s) ___1___ of the Felony Information

   ❏ Count(s) _____ ❏ dismissed on oral motion of USA;

                      ❏ to be dismissed at sentencing

√— **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

√— **ORDER:** Defendant Continued under ❏ same bond ; √ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____ ;  √ Sentencing on   √ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____ ; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.