# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

CHARLES WAYNE WILLARD, SR.

WAIVER OF INDICTMENT

CASE NUMBER: 3:06cr 224-MHT

I, __Charles Wayne Willard, Sr.__ , the above named defendant, who is accused of

VIOLATION OF TITLE 26 USC §7201 ,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Sept. 18, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer