IN THE DISTRICT COURT OF THE UNITED STATED
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:06cr-224-MHT |
| | ) |
| CHARLES WAYNE WILLARD, SR. | ) |

## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant Charles Wayne Willard, Sr. by and through counsel and files this Motion to Continue Sentencing and states the following grounds:

1. The Defendant's sentencing is presently scheduled for December 14, 2006.

2. This case is a very complicated case involving many documents. Counsel for the Defendant and the Probation Officer require more time to review these documents and confer in order for the Probation Officer to complete a Presentence Report. Therefore, this request for a continuance is also made on behalf of the Probation Officer as well as the Defendant's counsel.

3. Counsel for the Defendant and the Probation Officer would respectfully request that sentencing be rescheduled for late January or early February 2007 to allow them sufficient time to prepare.

4.  Counsel for the Defendant had talked with the U.S. Attorney's Office and they have no objection to a continuance.

Respectfully submitted this the 27th day of November 2006.

                        **CAPELL & HOWARD, P.C.**

By: _/s/ George L. Beck, Jr._
GEORGE L. BECK, JR. (BEC011)
150 South Perry Street
Post Office Box 2069
Montgomery, AL 36102-2069
Phone: 241-8000
Fax: 241-8262

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing instrument upon the following individual(s), properly addressed, by placing same in the United States Mail, first-class, postage prepaid, on this the 27th day of November 2006.

Andrew O. Schiff, Esq.
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL 36101-0197

Mr. Terrence Marshall
United States Probation Office
Post Office Box 39
Montgomery, AL 36101

By: _/s/ George L. Beck, Jr._
GEORGE L. BECK, JR. (BEC011)