IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.    ) <br> ) <br> CHARLES WAYNE WILLARD, SR. ) <br> ) | CRIMINAL ACTION NO. <br> 3:06cr224-MHT |

ORDER

It is ORDERED as follows:

(1) Defendant Charles Wayne Willard, Sr.'s motion to continue sentencing (Doc. No. 16) is granted.

(2) Sentencing for defendant Willard, now set for December 14, 2006, is reset for January 31, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 28th day of November, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE