**IN THE DISTRICT COURT OF THE UNITED STATED
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

UNITED STATES OF AMERICA     )
                                         )

v.                              ) CASE NO. 3:06cr-224-MHT
                                         )

CHARLES WAYNE WILLARD, SR.    )

**MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant Charles Wayne Willard, Sr. by and through counsel and files this Motion to Continue Sentencing and states the following grounds:

1.    The Defendant's sentencing had previously been set for January 31, 2007, at 10:00 a.m.

2.    Defendant's counsel has just received Notice from this Court that the hearing has been reset from 10:00 a.m. on January 31st to 2:00 p.m.

3.    Defendant's counsel has a personal commitment and had previously made arrangements to leave town immediately following the 10:00 a.m. sentencing. Defendant's counsel must fulfill this personal commitment and will be out of town the afternoon of January 31st.

4.    Defendant's counsel has a hearings set for the remainder of this week (February 1st and 2nd).

1084274.doc

5.      Defendant's counsel has contacted the U.S. Attorney's office and the Government has no objection to our request for a continuance of Mr. Willard's sentencing.

Respectfully submitted this the 30th day of January 2007.

**CAPELL & HOWARD, P.C.**

By:      /s/ George L. Beck, Jr.
         GEORGE L. BECK, JR. (BEC011)
         150 South Perry Street
         Post Office Box 2069
         Montgomery, AL  36102-2069
         Phone:  241-8000
         Fax:     241-8262

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing instrument upon the following individual(s), properly addressed, by placing same in the United States Mail, first-class, postage prepaid, on this the 30th day of January 2007.

Andrew O. Schiff, Esq.
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL  36101-0197

Mr. Terrence Marshall
United States Probation Office
Post Office Box 39
Montgomery, AL  36101

By:  /s/ George L. Beck, Jr.
     **GEORGE L. BECK, JR. (BEC011)**

1084274.doc