AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA

## NOTICE

V.

CHARLES WAYNE WILLARD, SR.

CASE NUMBER:  3:06cr224-MHT

TYPE OF CASE:

☐ **CIVIL**        X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex     2FMJ One Church Street Montgomery, AL 36104 | 1/31/07 @ 2:00 p.m | **RESET TO 1/31/07 @ 10:00 a.m** |

DEBRA P. HACKETT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/30/2007

DATE

(BY) DEPUTY CLERK