# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 31, 2007         AT  10:30  A.M./P.M.

DATE COMPLETED   January 31, 2007         AT  10:42  A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           3:06cr224-MHT
         VS.

CHARLES WAYNE WILLARD, SR.

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Andrew O. Schiff | X | Atty George Lamar Beck, Jr. |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     SENTENCING HEARING

10:30 a.m.          Sentencing hearing commenced. Terms of plea
                    agreement stated on the record. Probation
                    concurs with plea agreement with the
                    exception of the tax table calculation as
                    stated on the record. Court accepts plea
                    agreement. Defendant's objection to PSR as
                    stated on the record to be modified by
                    probation on report. Sentence imposed.
10:42 a.m.          Hearing concluded.