IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)    3:06cr224-MHT
**CHARLES WAYNE WILLARD, SR.,** )

<u>ORDER</u>

It is ORDERED that the motion to continue sentencing (doc. no. 19) is denied as moot.

DONE, this the 31st day of January, 2007.

    <u>/s/ Myron H. Thompson</u>
**UNITED STATES DISTRICT JUDGE**