**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO.  3:06CR000224 |
| v. | ) |
| | ) |
| **CHARLES W. WILLARD, SR.,** | ) |
| | ) |
| Defendant. | ) |

### SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
>
> /S/ R. Randolph Neeley
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Attorney for Plaintiff
> Post Office Box 197
> Montgomery, AL 36101
> Telephone:   (334) 223-7280
> Facsimile:    (334) 223-7201
> E-Mail: rand.neeley@usdoj.gov

JUDGMENT DATED:      January 31, 2007

DATED:                 April 6, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Mr. Charles W. Willard, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 6th day of April, 2007.

Mr. Charles W. Willard
3509 Wyngate Trace
Birming, AL 35242

/S/ R. Randolph Neeley
ASSISTANT U.S. ATTORNEY